# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFEAL PEREZ GALAN,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>              Respondent. | Case No. CV 10-2945 AG (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. Petitioner filed no objections to the Report and Recommendation.

     Accordingly, IT IS ORDERED THAT:

     (1) the Report and Recommendation is approved and adopted;

     (2) Judgment be entered denying the Petition and dismissing this action without prejudice; and

     (3) the Clerk serve copies of this Order and the Judgment on the parties.

     Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not shown that jurists of reason would find it debatable whether the Court was correct in its procedural ruling. As a result, a Certificate of Appealability ("COA") is denied. *Slack v. McDaniel*, 529 U.S. 473,

484 (2000) (holding that when a court dismisses a petition on procedural grounds, a COA should issue only when "a prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right *and* that jurists of reason would find it debatable whether the district court was correct in its procedural ruling") (emphasis added).

DATED: December 31, 2010  _____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE