# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFEAL PEREZ GALAN,<br><br>               Petitioner,<br><br>        v.<br><br>WARDEN,<br><br>               Respondent. | Case No. CV 10-2945 AG (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 31, 2010

_____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE